THE STATE OF OHIO, APPELLEE, *v.* HUDSON, APPELLANT.

**[Cite as *State v. Hudson,* 124 Ohio St.3d 1237, 2010-Ohio-1425.]**

*Appeal dismissed as improvidently accepted.*

(No. 2009-1383 — Submitted March 31, 2010 — Decided April 7, 2010.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 89588, 2009-Ohio-3069.

_____

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J.,[1] and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Timothy Young, Ohio Public Defender, and Craig M. Jaquith, Assistant Public Defender, for appellant.

_____

_____

1. The late Chief Justice Thomas J. Moyer participated in the deliberations in, and the final resolution of, this case prior to his death.